# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-14-00751-CR

---

**Warren Randall Hughes, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NO. 70931, HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Warren Randall Hughes filed a notice of appeal from a judgment of conviction for aggravated robbery with a deadly weapon. *See* Tex. Penal Code § 29.03. However, the trial court certified that this is a plea bargain case and Hughes has no right of appeal. Hughes and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

---

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: December 23, 2014

Do Not Publish